# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-2596
_____

United States of America,

*Plaintiff - Appellee,*

v.

Clyde Macks Stewart, Jr.,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: December 12, 2022
Filed: December 15, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and STRAS, Circuit Judges.
_____

PER CURIAM.

Clyde Stewart, Jr. appeals a sentence imposed by the district court[1] after Stewart pleaded guilty to offenses involving drugs and firearms. His counsel has

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

We conclude that Stewart's sentence was not substantively unreasonable. The court imposed a sentence below the advisory guideline range, *see United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013), and there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc).

We have also independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no non-frivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____